FORM B6 - Cont.
(6/90)

# United States Bankruptcy Court
## Middle District of Louisiana

*Amended*

Stanocola Employees Medical and Hospital Association, Inc.

In re _____    Case No. 01-11734
                     Debtor                                  (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 5 | $ 6,118,501.77 | | |
| C - Property Claimed As Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 1,385,854.30 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 56 | | $ 320,859.54 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 40 | | $ 7,475,328.33 | |
| G - Executory Contracts and Unexpired Leases | YES | 5 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| Total Number of Sheets in ALL Schedules ▶ | | 111 | | | |
| Total Assets ▶ | | | 6,118,501.77 | | |
| Total Liabilities ▶ | | | | 9,182,042.17 | |